| United States Bankruptcy Court<br>Northern District of California | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Fresh Choice, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**42-1687454** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1310 65th Street**<br>**Emeryville, CA**<br>ZIP Code **94608** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Alameda** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization) (Check one box)<br>☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | Nature of Business<br>(Check one box)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)<br>☐ Chapter 7    ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9<br>■ Chapter 11    ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br>☐ Chapter 12<br>☐ Chapter 13 |
|---|---|---|

**Chapter 15 Debtors**

Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable)
☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)
☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

| Filing Fee (Check one box)<br>■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Chapter 11 Debtors<br>Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
|---|---|

| Statistical/Administrative Information<br>■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

## Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**
**Fresh Choice, LLC**

---

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

---

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> X_____ <br>   Signature of Attorney for Debtor(s)        (Date) |

---

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

  ☐ Yes, and Exhibit C is attached and made a part of this petition.

  ■ No.

---

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

  ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

  ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

---

### Information Regarding the Debtor - Venue
(Check any applicable box)

  ■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

  ☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

  ☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

---

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

  ☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

        _____
        (Name of landlord that obtained judgment)

        _____
        (Address of landlord)

  ☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

  ☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

  ☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

# Voluntary Petition

*(This page must be completed and filed in every case)*

| Name of Debtor(s): |
| --- |
| **Fresh Choice, LLC** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X** **/s/ Basil J. Boutris**
Signature of Attorney for Debtor(s)

**Basil J. Boutris 122758**
Printed Name of Attorney for Debtor(s)

**Vaught & Boutris LLP**
Firm Name

**80 Swan Way, Suite 320**
**Oakland, CA 94621**

_____
Address

**Email: basil@vaughtboutris.com**
**(510) 430-1518 ext. 123  Fax: (510) 382-1166**
Telephone Number

**July 24, 2012**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ David S. Boyd**
Signature of Authorized Individual

**David S. Boyd**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**July 24, 2012**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

# United States Bankruptcy Court
## Northern District of California

In re   **Fresh Choice, LLC**

Debtor(s)

Case No. _____

Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Challenge Dairy<br>P.O. Box 742266<br>Los Angeles, CA 90074 | Challenge Dairy<br>P.O. Box 742266<br>Los Angeles, CA 90074 | products | | 102,477.38 |
| Coffee House Supply<br>1310 65th Street<br>Emeryville, CA 94608 | Coffee House Supply<br>1310 65th Street<br>Emeryville, CA 94608 | products | | 82,354.35 |
| De Martini Joint Account<br>20 Sunnyside Avenue<br>Mill Valley, CA 94941 | De Martini Joint Account<br>20 Sunnyside Avenue<br>Mill Valley, CA 94941 | | | 45,733.20 |
| Emeryville Hotel Dev. Vent<br>400 S. El Camino Real, #200<br>San Mateo, CA 94402 | Emeryville Hotel Dev. Vent<br>400 S. El Camino Real, #200<br>San Mateo, CA 94402 | services | | 96,855.05 |
| Employment Development Department<br>P.O. Box 826276<br>Sacramento, CA 94230-6276 | Employment Development Department<br>P.O. Box 826276<br>Sacramento, CA 94230-6276 | | | 50,000.00 |
| Fairfield Redev. Successor<br>1000 Webster St., 2nd Floor<br>Fairfield, CA 94533 | Fairfield Redev. Successor<br>1000 Webster St., 2nd Floor<br>Fairfield, CA 94533 | | | 49,220.06 |
| Foster Farms Dairy<br>P.O. Box 44000<br>San Francisco, CA 94144 | Foster Farms Dairy<br>P.O. Box 44000<br>San Francisco, CA 94144 | | | 105,330.92 |
| Franchise Tax Board<br>Bankruptcy Unit<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 | Franchise Tax Board<br>Bankruptcy Unit<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 | | | 800,000.00 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | | | 1,700,000.00 |
| Moitozo El Camino Promena<br>1201 Franklin Mall<br>Santa Clara, CA 95050 | Moitozo El Camino Promena<br>1201 Franklin Mall<br>Santa Clara, CA 95050 | | | 74,833.53 |
| PG&E<br>P.O. Box 997300<br>Sacramento, CA 95899 | PG&E<br>P.O. Box 997300<br>Sacramento, CA 95899 | services | | 51,477.40 |

Software Copyright (c) 1996-2012 CCH INCORPORATED - www.bestcase.com

In re  **Fresh Choice, LLC**                                            Case No. _____

                                      Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Shop Towne Center, Inc.<br>P.O. Box 39000<br>San Francisco, CA 94139 | Shop Towne Center, Inc.<br>P.O. Box 39000<br>San Francisco, CA 94139 | | | 58,519.30 |
| Southcenter<br>P.O. Box 644031<br>Pittsburgh, PA 15264 | Southcenter<br>P.O. Box 644031<br>Pittsburgh, PA 15264 | | | 51,873.93 |
| Starbucks Coffee<br>P.O. Box 84348<br>Seattle, WA 98124-5648 | Starbucks Coffee<br>P.O. Box 84348<br>Seattle, WA 98124-5648 | supplies | | 66,602.70 |
| State Board of Equalization<br>1515 Clay Street<br>Oakland, CA 94612 | State Board of Equalization<br>1515 Clay Street<br>Oakland, CA 94612 | | | 1,300,000.00 |
| Sunrise Village Retail Ct.<br>2264 Fari Oaks Blvd., #100<br>Sacramento, CA 95825 | Sunrise Village Retail Ct.<br>2264 Fari Oaks Blvd., #100<br>Sacramento, CA 95825 | supplies | | 59,797.08 |
| Sunvalley Shopping Center<br>P.O. Box 67000<br>Detroit, MI 48267 | Sunvalley Shopping Center<br>P.O. Box 67000<br>Detroit, MI 48267 | | | 85,513.19 |
| US Foods<br>P.O. Box 60000<br>San Francisco, CA 94160 | US Foods<br>P.O. Box 60000<br>San Francisco, CA 94160 | supplies | | 256,758.59 |
| Vallco Shopping Mall, LLC<br>10123 N. Wolfe Road., Ste. 1095<br>Cupertino, CA 95014 | Vallco Shopping Mall, LLC<br>10123 N. Wolfe Road., Ste. 1095<br>Cupertino, CA 95014 | | | 42,335.58 |
| West Coast Produce<br>300 Franklin Street<br>Oakland, CA 94607 | West Coast Produce<br>300 Franklin Street<br>Oakland, CA 94607 | supplies | | 64,280.50 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

         I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **July 24, 2012**                              Signature  **/s/ David S. Boyd**
                                                                 **David S. Boyd**
                                                                 **President**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
                                        18 U.S.C. §§ 152 and 3571.

A & M Bakery Doctors
380 Wilde Avenue
CA 94135


A & M Printing, Inc.
3589 Nevada Street, Suite A
Pleasanton, CA 94566


Access One, Inc.
P.O. Box 8501
Chicago, IL 60680


Access Press
2735 National Place Garland
Garland, TX 75041


Advanced Frozen Treat Tec
1255 Carbide Drive
Corona, CA 92881


Aire Pro Inc.
2021 Meridian Avenue E
Edgewood, WA 98371


Alameda County Tax Collector
1221 Oak Street
Oakland, CA 94612


Allied Waste Services
P.O. Box 78829
Phoenix, AZ 85062

```
Allied Waste Services
P.O. Box 78829
Phoenix, AZ 85062


Allied Waste Services
P.O. Box 78829
Phoenix, AZ 85062


Amapola Ranch
1142 N. San Marcos Rd.
Santa Barbara, CA 93111


American Packaging
1515 Alvarado Street
San Leandro, CA 94577


American River Packaging
4225 Pell Drive
Sacramento, CA 95838


Amtrust North America, Inc.
P.O. Box 318004
Independence, OH 44131


Aramark
P.O. Box 340910
Sacramento, CA 95834


Aramark
P.O. Box 5034
Hayward, CA 94540
```

Aramark
Attn: AUS Central Lockbox
P.O. Box 731676
Dallas, TX 75373


Aramark Uniform Services
P.O. Box 5826
Concord, CA 94524-0826


AT&T
P.O. Box 5001
Carol Stream, IL 60197


AT&T
P.O. Box 5020
Carol Stream, IL 60197


AT&T
P.O. Box 5025
Carol Stream, IL 60197


Atakanta Corporation
P.O. Box 848107
Los Angeles, CA 90084


Atlas Disposal Industries
P.O. Box 29675
Dept. 2056
Phoenix, AZ 85038


Attorney General
Western Region, P.O. Box 683
Ben Franklin Station
Washington, DC 20044

```
Auto-Chlor System
515 Stone Rd.
Benicia, CA 94510


Baker Commodities, Inc.
P.O. Box 58368
Seattle, WA 98138


Bay Alarm Company
P.O. Box 7137
San Francisco, CA 94120


Bay Area Packaging
P.O. Box 1653
Lafayette, CA 94549


Bay City Boiler & Enginee
915 Linden Avenue
South San Francisco, CA 94080


Berti Produce Oakland
380 Third Street
Oakland, CA 94607


Brown Ranch Marketplace
3555 Clares Street, Suite L
Capitola, CA 95010


Bunn-O-Matic Corporation
Attn: Commerical Division
24315 Network Place
Chicago, IL 60673
```

California Waste Consultants
1743 Par Avenue, #431
San Jose, CA 95126


California Waste Water
P.O. Box 188410
Sacramento, CA 95818


California Water Svcs. Co.
P.O. Box 940001
San Jose, CA 95194


Capital Lighting Company
287 SW 41St.
Renton, WA 98057


Caruthers Raisin Packing
1297 South Elm Avenue
Caruthers, CA 93609


CCBN.COM. INC.
P.O. Box 826132
Philadelphia, PA 19182


CDFA - L24002
Attn: cashier CDFA/MDFS
P.O9. Box 942872
Sacramento, CA 94271


Central Valley Associates
Attn: SDL Management Corp.
2222 E. 17th Street
Santa Ana, CA 92705

Challenge Dairy
P.O. Box 742266
Los Angeles, CA 90074


Charles Lomeli
Attn: Treasurer-Tax Collector
675 Texas Street, Suite 1900
Fairfield, CA 94533


Chris Produce Co., Inc.
P.O. Box 3787
Seattle, WA 98124


Citrus Heights Water Dist.
Attn: Dept. LA23168
Pasadena, CA 91185


City of Austin
P.O. Box 2267
Austin, TX 78783


City of Gilroy
7351 Rosanna Street
Gilroy, CA 95020


City of Redwood
Dept. 1201
Los Angeles, CA 90084


City of Roseville
P.O. Box 45807
San Francisco, CA 94145

City of Santa Rosa
P.O. Box 1658
Santa Rosa, CA 95402


City of Tukwila
6200 Southcenter Blvd.
Tukwila, WA 98188


City Sign Services, LLC
P.O. Box 33178
Seattle, WA 98133


Coffee House Supply
1310 65th Street
Emeryville, CA 94608


Collin County Tax
777 East 15th Street
Plano, TX 75074


Colma Drayage, Inc.
P.O. Box S
Daly City, CA 94017


Comcast
P.O. Box 34227
Seattle, WA 98124


Concord Disposal Services
P.O. Box 5397
Concord, CA 94524

Contra Costa County Tax Collector
P.O. Box 7002
San Francisco, CA 94120-7002


Contra Costa County Treasurer
P.O. Box 967
Martinez, CA 94553


Contra Costa Enviromental
Attn: Billing & Permits
50 Douglas Drive, Suite 320C
Martinez, CA 94553


Contra Costa Water District
P.O. Box 1430
Suisun City, CA 94585


County of Sacramento
10590 Armstrong Avenue, Suite C
Mather, CA 95655


County of Santa Cruz
701 Ocean Street, Room 505
Santa Cruz, CA 95060


County of Sonoma Tax Collector
P.O. Box 3879
Santa Rosa, CA 95402


CrossCom National, LLC
1994 Paysphere Circle
Chicago, IL 60674

Cryovac, Inc.
P.O. Box 60000
San Francisco, CA 94160


Cypress Communications
P.O. Box 77099
Cleveland, OH 44194


Dallas Morning News Distribution
P.O. Box 630061
Dallas, TX 75263


David Boyd
1310 65th Street
Emeryville, CA 94608


David Quan
824 Webster Street
Oakland, CA 94607


Daymark Food Safety System
12830 S. Dixie Highway
Bowling Green, OH 43402


DBI Beverage Sacramento
3500 Carlin Drive
West Sacramento, CA 95691


De Martini Joint Account
20 Sunnyside Avenue
Mill Valley, CA 94941

Del & Chas Nickerson
690 Garcia Avenue
Pittsburg, CA 94565


Direct Source
P.O. Box 270530
Flower Mound, TX 75027


Direct Source Products
P.O. Box 270530
Flower Mound, TX 75027


DPA Associates, L.P.
441 Victory Avenue, Suite C
South San Francisco, CA 94080


Dysert Environmental, Inc.
918 South Humboldt Street
San Mateo, CA 94402


EarthLink Business
Unit 47, P.O. Box 4800
Portland, OR 97208


EarthLink, Inc.
P.O. Box 790216
Saint Louis, MO 63179


EBMUD Payment Center
P.O. Box 1000
Oakland, CA 94649

Ecolab
P.O. Box 100512
Pasadena, CA 91189


Ecolab
P.O. Box 70343
Chicago, IL 60673


Ecolab Food Safety Solutions
24198 Network Place
Chicago, IL 60673


Ecolab Pest Elim. Div.
P.O. Box 6007
Grand Forks, ND 58206


Ecolab, Inc.
655 Loan Oak Drive., Bldg. A
Saint Paul, MN 55121


Eden Lawn Care & Maintenance
P.O. Box 5061
Vallejo, CA 94591


Edison Grain, Inc.
4300 Horton Street, #3
Emeryville, CA 94608


Electro Freeze Dist.
435 West Ford Dr.
Arlington, TX 76012

Emeryville Hotel Dev. Vent
400 S. El Camino Real, #200
San Mateo, CA 94402


Employment Development Department
P.O. Box 826276
Sacramento, CA 94230-6276


Enviromental Plumbing
1915 Peters Rd., Ste. 311
Irving, TX 75061


Fairfield Municipal Utility
1000 Webster Street
Fairfield, CA 94533


Fairfield Redev. Successor
1000 Webster St., 2nd Floor
Fairfield, CA 94533


Fed Ex
P.O. Box 7221
Pasadena, CA 91109-7321


Felipe Velazquez
226 W. Conejo Avenue
Mountain House, CA 95391


Fidelity Security Life Insurance
P.O. Box 632530
Cincinnati, OH 45263

Firecode Safety Equip.
722 W. Pacific Avenue
Sacramento, CA 95820


Flor Jeffcoat
3020 County Sq., #2170
Carrollton, TX 75006


Flowers Electric & Service
80 Tanforan Avenue, Unit 6
South San Francisco, CA 94080


Foster Farms Dairy
P.O. Box 44000
San Francisco, CA 94144


Four Star Automotive, Inc.
1405 San Mateo Avenue
South San Francisco, CA 94080


Franchise Tax Board
P.O. Box 942857
Sacramento, CA 94257


Franchise Tax Board
Bankruptcy Unit
P.O. Box 2952
Sacramento, CA 95812-2952


Frank L. Freitas
Room #203 County Government Center
San Luis Obispo, CA 93408

Fresh Service Inc.
1608 W. Campbell Avenue
Campbell, CA 95008


FreshPoint Dallas Inc.
4721 Simonton Road
Dallas, TX 75244


Gilberto Estrado
P.O. Box 7640
Santa Maria, CA 93456


GreenWaste Recovery, Inc.
P.O. Box 11089
San Jose, CA 95103


Group Health Cooperative
P.O. Box 34581
Seattle, WA 98124


Hannah Nicole Vineyards
P.O. Box 309
Brentwood, CA 94513


Heitz Trucking, Inc.
P.O. Box 6607
Oakland, CA 94603


Home Maid Ravioli Co., Inc.
360 A Shaw Road
South San Francisco, CA 94080

Hydraulic Electro Service
9910 Edes Avenue
Oakland, CA 94603


IEM, Inc.
24516 Network Place
Chicago, IL 60673


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


J & K Properties
653 Greenwich Lane
San Mateo, CA 94404


J Brand Packaging
538 B Martin Avenue
Rohnert Park, CA 94928


James Campbell Company LLC
P.O. Box 61000 File 72690
San Francisco, CA 94161


Joe's Farmers Septic
P.O. Box 8460
Santa Rosa, CA 95407


John Hancock USA
Dept. 894109
Los Angeles, CA 90189

JTR Area Distributor, Inc.
P.O. Box 8589
San Jose, CA 95155


Just Jump It LLC
1015 Hot Springs Lane
Santa Barbara, CA 93108


K & L Distributors, Inc.
P.O. Box 9300
Renton, WA 98057


Kaiser Foundation
P.O. Box 6000 File #73029
San Francisco, CA 94160


Kaiser Permanente
P.O. Box 60000 File 73029
San Francisco, CA 94160


Kern County Treasuer
1115 Trixtim Avenue 2nd Floor
Bakersfield, CA 93301


King County Treasury
500 Fourth Ave., Rm. 600
Seattle, WA 98104


Luna's Tortillas, Inc.
8524 Harry Hines Blvd.
Dallas, TX 75235

Macerich Management Company
P.O. Box 2172
Santa Monica, CA 90407


Madison Bay Fair LLC
NW 5849 P.O. Box 1450
Minneapolis, MN 55485


Marin County Tax Collector
P.O. Box 4220, Room 200
San Rafael, CA 94913


Marin Municipal Water Dis.
P.O. Box 994
Corte Madera, CA 94976


Marin Restaurant Repair
P.O. Box 2280
San Rafael, CA 94912


Massimo's Dallas, Inc.
2610 Maple Avenue
Dallas, TX 75201


MegaPath
P.O. Box 39000
San Francisco, CA 94139


Mile Hi Specialty Foods
4770 E 51st Avenue
Denver, CO 80216

Modesto Irrigation Distr.
P.O. Box 5355
Modesto, CA 95352


Moitozo El Camino Promena
1201 Franklin Mall
Santa Clara, CA 95050


Mount Franklin Foods, LLC
P.O. Box 11407
Birmingham, AL 35246


Muzak - National
P.O. Box 601968
Charlotte, NC 28260


NatureSeal, Inc.
P.O. Box 73495
Cleveland, OH 44193


NetWolves Network Services
P.O. Box 24333
Tampa, FL 33623


Nojoqui Valley Ranch, Inc.
P.O. Box 327
Buellton, CA 93427


North Star Engineered Pro
P.O. Box 1141
Perrysburg, OH 43552

Northwest Label/Design
3225 20th Avenue
Seattle, WA 98199


O'Hare Refrigeration & Ali
136 Bryden Way
Oroville, CA 95966


Oak Farms-Dallas
P.O. Box 200358
Dallas, TX 75320


Oilstop, Inc.
5665 Redwood Drive, Suite 6
Rohnert Park, CA 94928


Orange County Tax Collector
P.O. Box 1438
Santa Ana, CA 92702


Pacific Material Handling
P.O. Box 7685
Fremont, CA 94537


Pacific Produce
P.O. Box 879
South San Francisco, CA 94083


Pacific West Security
1587 Schallenberger Road
San Jose, CA 95131

Pasta Montana LLC
P.O. Box 31001-1341
Pasadena, CA 91110


Pepsi-Cola
P.O. Box 841918
Dallas, TX 75284


Pepsi-Cola Company
P.O. Box 75948
Chicago, IL 60675


PG&E
P.O. Box 997300
Sacramento, CA 95899


PG&E
P.O. Box 997300
Sacramento, CA 95899


Pioneer Liquid Trans, Inc.
P.O. Box 427
San Jose, CA 95103


Plascon Packaging Inc.
2375 Traversefield
Traverse City, MI 49686


Playnetwork, Inc.
P.O. Box 809198
Chicago, IL 60680

Pollock Paper Distributor
P.O. Box 671527
Dallas, TX 75267


Portola Elementary School
300 Amador Ave.
San Bruno, CA 94066


Precision Foods, Inc.
P.O. Box 5273
Des Moines, IA 50305


Puget Sound Energy
P.O. Box 91269
Bellevue, WA 98009


R.L. Schreiber, Inc.
1741 NW 33rd St.
Pompano Beach, FL 33064


Ramos Oil Co., Inc.
P.O. Box 39000
San Francisco, CA 94139


Rayne Of San Jose, Inc.
2941 Daylight Way
San Jose, CA 95111


Realtime Computer Corporation
520 Broadway Street, Ste. 210
Santa Monica, CA 90401

Recology South Valley
P.O. Box 60648
Los Angeles, CA 90060


Recology Sunset Scavenger
P.O. Box 60846
Los Angeles, CA 90060


Recology Sunset Scavenger
P.O. Box 7360
San Francisco, CA 94120


Recology Vacaville Solano
P.O. Box 60759
Los Angeles, CA 90060


Regency Lighting
Dept. CH 16786
Palatine, IL 60055


Reliance Standard Life In.
P.O. Box 82510
Lincoln, NE 68501


Reliance Standard Life In.
P.O. Box 34486
Seattle, WA 98124


Robert L. Hall Jr.
P.O. Box 695
Campbell, CA 95009

Rocket Restaurant Resource
2940 7th Street
Berkeley, CA 94710


Rocky Ridge Venture, LLC
1530 J Street, Suite 200
Sacramento, CA 95814


RSL Specialty Products Ad
505 South Lenola Road., Ste. 231
Moorestown, NJ 08057


S.F. Supply Master, Inc.
2050 McKinnon Avenue
San Francisco, CA 94124


Sacramento County Tax Collector
700 H Street, Room 1710
Sacramento, CA 95814


Sacramento County Utility
P.O. Box 1804
Sacramento, CA 95812


San Francisco Tax Colllector
P.O. Box 7427
San Francisco, CA 94120


San Mateo County
555 County Center, 1st Floor
Redwood City, CA 94063

Sandelman & Associates, Inc.
5540 Bellevue Avenue
La Jolla, CA 92037


Sanderson Safety Supply Co.
1101 SE 3erd Avenue
Portland, OR 97214


Sea Watch International
P.O. Box 630562
Baltimore, MD 21263


Second Generation Carpet
8948 Sonoma Valley Way
Sacramento, CA 95829


Serra Center Management
2000 Powell Street, Ste. 1280
Emeryville, CA 94608


Shaft's Cheese Co. LLC
10652 Industrial Avenue
Roseville, CA 95678


Shop Towne Center, Inc.
P.O. Box 39000
San Francisco, CA 94139


Shore Seafood, Inc.
19424 Saxis Road
Saxis, VA 23427

Simple Solution
1052 North Fifth Street
San Jose, CA 95112


Siosiua Livai
3110 Sneath Lane
San Bruno, CA 94066


Smart Source of California
Midtown Station
P.O. Box 716
New York, NY 10018


SMUD
P.O. Box 15555
Sacramento, CA 95852


Solano County Tax Collector
600 Texas Street
Fairfield, CA 94533


Solano Garbage Co. #846
P.O. Box 78829
Phoenix, AZ 85062


Sonoma County Tax Collector
P.O. Box 3879
Santa Rosa, CA 95402


Sonoma Vinegar Works LLC
5300 Mountain Home Ranch Rd.
Calistoga, CA 94515

Southcenter
P.O. Box 644031
Pittsburgh, PA 15264


Springbrook Farms Inc.
P.O. Box 59535
Renton, WA 98058


SSF Scavenger Co. Inc.
P.O. Box 348
South San Francisco, CA 94083


Stanley Security Solution
Dept. CH 10651
Palatine, IL 60055


Staples Advantage
P.O. Box 71217
Chicago, IL 60694


Starbucks Coffee
P.O. Box 84348
Seattle, WA 98124-5648


Starbucks Coffee
P.O. Box 84348
Seattle, WA 98124-5648


Starmark
400 Field Drive
Lake Forest, IL 60045

State Board of Equalization
P.O. Box 942879
Sacramento, CA 94279-0095


State Board of Equalization
1515 Clay Street
Oakland, CA 94612


Stever Lowenthal et. al.
1 California Street, 3rd Floor, Ste. 300
San Francisco, CA 94111


Suncoast Nursery, LLC
3896 Via Real
Carpinteria, CA 93013


Sunrise Village Retail Ct.
2264 Fari Oaks Blvd., #100
Sacramento, CA 95825


Sunvalley Shopping Center
P.O. Box 67000
Detroit, MI 48267


Super Quality Carpet Clearance
P.O. Box 11508
Olympia, WA 98508


Superior Quality Equipment
P.O. Box 77386
Corona, CA 92877

SureWest
P.O. Box 30697
Los Angeles, CA 90030


Tax Collector Santa Clara
70 W. Hedding Street
San Jose, CA 95110


Teasdale Quality Foods
Dept. 2770
Los Angeles, CA 90084


Texas Workforce Commission
P.O. Box 149080
Austin, TX 78714


The French Hotel
1538 Shattuck Avenue
Berkeley, CA 94709


The Morning Star Company
P.O. Box 44480
San Francisco, CA 94144


The Work Service Co.
515 N. Interurban St., #105
Richardson, TX 75081


Trap Recyclers Inc.
One Work Circle
Salinas, CA 93901

Tropical
P.O. Box 600096
Raleigh, NC 27675


UBM Enterprise, Inc.
P.O. Box 59992
Dallas, TX 75229


United Site Services
P.O. Box 53267
Phoenix, AZ 85072


United States Attorney
10th Floor, Federal Building
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102


US Foods
P.O. Box 60000
San Francisco, CA 94160


US Foods
P.O. Box 843202
Dallas, TX 75284


US Foods
P.O. Box 60000
San Francisco, CA 94160


Vallco Shopping Mall, LLC
10123 N. Wolfe Road., Ste. 1095
Cupertino, CA 95014

Valley Waste Management
P.O. Box 541065
Los Angeles, CA 90054


Verizon California
P.O. Box 920041
Dallas, TX 75392


Wash On Wheels of Northca
1916 Oak Bluff Way
Sacramento, CA 95833


Waste Management of Alameda County
P.O. Box 541065
Los Angeles, CA 90054


We Deal
P.O. Box 1191
Empire, CA 95319


WEA Southcenter LLC
File #56923
Los Angeles, CA 90074


West Coast Produce
300 Franklin Street
Oakland, CA 94607


Westmont High School
4805 Westmont Avenue
Campbell, CA 95008

Wilcox Frozen Foods
2200 Oakdale Avenue
San Francisco, CA 94124


Will's Fresh Foods
1991 Republic Avenue
San Leandro, CA 94577


Williamette Egg Farms LLC
31348 S Hwy 170
Canby, OR 97013


Willow Bend Shopping Center
P.O. Box 67000
Detroit, MI 48267


Woodcreek
21 Lafayette Circle Ste. 200
Lafayette, CA 94549


WTM Glimcher, LLC
75 Remittance Dr., Ste. 6449
Chicago, IL 60675


Zep Manufacturing Co.
File 50188
Los Angeles, CA 90074

# United States Bankruptcy Court
## Northern District of California

In re   **Fresh Choice, LLC**

Debtor(s)

Case No.

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Fresh Choice, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**July 24, 2012**

Date

**/s/ Basil J. Boutris**

**Basil J. Boutris 122758**

Signature of Attorney or Litigant

Counsel for   **Fresh Choice, LLC**

**Vaught & Boutris LLP**

**80 Swan Way, Suite 320**
**Oakland, CA 94621**
**(510) 430-1518 ext. 123 Fax:(510) 382-1166**
**basil@vaughtboutris.com**