UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re: Fresh Choice LLC

Case No. 12-46157 RLE

CHAPTER 11
MONTHLY OPERATING REPORT
(GENERAL BUSINESS CASE)

## SUMMARY OF FINANCIAL STATUS

MONTH ENDED: Aug-12 [1]    PETITION DATE: 07/24/12

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here ___ the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
Dollars reported in $1

| | | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|---|
| 2. | Asset and Liability Structure | | | |
| | a. Current Assets | $1,522,829 | | |
| | b. Total Assets | $2,263,829 | | $2,396,889 |
| | c. Current Liabilities | $1,849,934 | | |
| | d. Total Liabilities | $12,179,633 | | $10,329,699 |
| 3. | Statement of Cash Receipts & Disbursements for Month | Current Month | Prior Month | Cumulative (Case to Date) |
| | a. Total Receipts | $3,537,735 | | $3,537,735 |
| | b. Total Disbursements | $3,150,539 | | $3,150,539 |
| | c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | $387,195 | $0 | $387,195 |
| | d. Cash Balance Beginning of Month | $197,252 | | $197,252 |
| | e. Cash Balance End of Month (c + d) | $584,447 | $0 | $584,447 |
| | | Current Month | Prior Month | Cumulative (Case to Date) |
| 4. | Profit/(Loss) from the Statement of Operations | ($541,963) | | ($541,963) |
| 5. | Account Receivables (Pre and Post Petition) | $32,509 | | |
| 6. | Post-Petition Liabilities | $1,849,934 | | |
| 7. | Past Due Post-Petition Account Payables (over 30 days) | $446,924 | | |

| | At the end of this reporting month: | Yes | No |
|---|---|---|---|
| 8. | Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
| 9. | Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
| 10. | If the answer is yes to 8 or 9, were all such payments approved by the court? | | |
| 11. | Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) | | X |
| 12. | Is the estate insured for replacement cost of assets and for general liability? | X | |
| 13. | Are a plan and disclosure statement on file? | | X |
| 14. | Was there any post-petition borrowing during this reporting period? | | X |

15. Check if paid: Post-petition taxes [2]; U.S. Trustee Quarterly Fees ___; Check if filing is current for: Post-petition tax reporting and tax returns: X.
(Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date: 9/20/2012 0:00

Responsible Individual

[1] Debtor's period cut-off was September 2, 2012 as the company utilizes a 13-period accounting system. Initial MOR period: July 25-Sep 2.
[2] Sales taxes that have accrued are due on approximately September 24.

Revised 1/1/98

## STATEMENT OF OPERATIONS
### (General Business Case)
For the Month Ended 09/02/12

| Current Month: Actual | Forecast | Variance | | | Cumulative (Case to Date) | Next Month Forecast |
|---|---|---|---|---|---|---|
| | | | | **Revenues:** | | |
| $3,186,097 | | | 1 | Gross Sales | $3,186,097 | |
| $0 | | | 2 | less: Sales Returns & Allowances | $0 | |
| $3,186,097 | $0 | | 3 | Net Sales | $3,186,097 | |
| $864,536 | | | 4 | less: Cost of Goods Sold (Schedule 'B') | $864,536 | |
| $2,321,561 | $0 | | 5 | Gross Profit | $2,321,561 | |
| $0 | | | 6 | Interest | | |
| $0 | | | 7 | Other Income: | | |
| $0 | | | 8 | | | |
| $0 | | | 9 | | | |
| $2,321,561 | $0 | | 10 | **Total Revenues** | $2,321,561 | |
| 0 | | | | **Expenses:** | | |
| $0 | | | 11 | Compensation to Owner(s)/Officer(s) | $0 | |
| $1,119,149 | | | 12 | Salaries & Benefits - Hourly | $1,119,149 | |
| $161,284 | | | 13 | Salaries & Benefits - Management | $161,284 | |
| $0 | | | 14 | Contract Labor | | |
| | | | | Rent/Lease: | | |
| $0 | | | 15 | Personal Property | | |
| $793,024 | | | 16 | Real Property [1] | $793,024 | |
| $19,024 | | | 17 | Insurance [2] | $19,024 | |
| $0 | | | 18 | Management Fees | | |
| $100,434 | | | 19 | Depreciation | $100,434 | |
| | | | | Taxes: | | |
| $0 | | | 20 | Employer Payroll Taxes | | |
| $39,559 | | | 21 | Real Property Taxes | $39,559 | |
| $0 | | | 22 | Other Taxes | | |
| $0 | | | 23 | Other Selling | | |
| $0 | | | 24 | Other Administrative | | |
| $0 | | | 25 | Interest | | |
| $0 | | | 26 | Other Expenses: | | |
| $224,536 | | | 27 | Utilities | $224,536 | |
| $58,136 | | | 28 | Repairs & Maintenance | $58,136 | |
| $222,978 | | | 29 | Other Operating Expense [3] | $222,978 | |
| $23,192 | | | 30 | Licenses, Permits, Royalties | $23,192 | |
| $0 | | | 31 | | | |
| $0 | | | 32 | | | |
| $0 | | | 33 | | | |
| $0 | | | 34 | | | |
| $2,761,316 | $0 | | 35 | **Total Expenses** | $2,761,316 | |
| ($439,755) | $0 | | 36 | **Subtotal** | ($439,755) | |
| | | | | **Reorganization Items:** | | |
| ($102,208) | | | 37 | Professional Fees [4] | ($102,208) | |
| | | | 38 | Provisions for Rejected Executory Contracts | | |
| | | | 39 | Interest Earned on Accumulated Cash from Resulting Chp 11 Case | | |
| | | | 40 | Gain or (Loss) from Sale of Equipment | | |
| | | | 41 | U.S. Trustee Quarterly Fees | | |
| | | | 42 | | | |
| ($102,208) | $0 | | 43 | **Total Reorganization Items** | ($102,208) | |
| ($541,963) | $0 | | 44 | **Net Profit (Loss) Before Federal & State Taxes** | ($541,963) | |
| | | | 45 | Federal & State Income Taxes | | |
| ($541,963) | $0 | | 46 | **Net Profit (Loss)** | ($541,963) | |

Attach an Explanation of Variance to Statement of Operations (For variances greater than +/- 10% only):

[1] Accrual basis expnense for all real property leases per GAAP.
[2] Includes general liability, auto, package and property coverages.
[3] Consists of: suupplies, services, bank fees, auto related, marketing, credit card fees, software maintenance, payroll processing, professional fees, cell phone, etc.
[4] Consists of $62,208 and $40,000 related to McNutt Law Group and Voight & Boutris, respectively.



Case: 12-46157 Doc# 212 Filed: 09/20/12 Entered: 09/20/12 21:48:53 Page 2 of 9

# BALANCE SHEET
## (General Business Case)

**For the Month Ended** 09/02/12

**Assets**

| | | From Schedules | Market Value |
|---|---|---|---|
| | **Current Assets** | | |
| 1 | Cash and cash equivalents - unrestricted | | $584,447 |
| 2 | Cash and cash equivalents - restricted | | |
| 3 | Accounts receivable (net) | A | $32,509 |
| 4 | Inventory | B | $466,593 |
| 5 | Prepaid expenses | | $389,280 |
| 6 | Professional retainers [1] | | $50,000 |
| 7 | Other: | | |
| 8 | | | |
| 9 | **Total Current Assets** | | $1,522,829 |
| | **Property and Equipment (Market Value)** | | |
| 10 | Real property | C | $250,000 |
| 11 | Machinery and equipment [2] | D | $300,000 |
| 12 | Furniture and fixtures [2] | D | $0 |
| 13 | Office equipment [2] | D | $50,000 |
| 14 | Leasehold improvements [2] | D | $0 |
| 15 | Vehicles | D | $161,000 |
| 16 | Other: | D | |
| 17 | | D | |
| 18 | | D | |
| 19 | | D | |
| 20 | | D | |
| 21 | **Total Property and Equipment** | | $761,000 |
| | **Other Assets** | | |
| 22 | Loans to shareholders | | |
| 23 | Loans to affiliates | | |
| 24 | | | |
| 25 | | | |
| 26 | | | |
| 27 | | | |
| 28 | **Total Other Assets** | | $0 |
| 29 | **Total Assets** | | $2,283,829 |

**NOTE:**

Indicate the method used to estimate the market value of assets (e.g., appraisals; familiarity with comparable market prices, etc.) and the date the value was determined.

## Liabilities and Equity
### (General Business Case)

**Liabilities From Schedules**

**Post-Petition**

**Current Liabilities**

| | | | |
|---|---|---|---|
| 30 | Salaries and wages [3] | | $300,332 |
| 31 | Payroll taxes [3] | | $79,128 |
| 32 | Real and personal property taxes | | |
| 33 | Income taxes | | |
| 34 | Sales taxes | | $217,546 |
| 35 | Notes payable (short term) | | |
| 36 | Accounts payable (trade) | A | $382,989 |
| 37 | Real property lease arrearage | | $767,731 |
| 38 | Personal property lease arrearage | | |
| 39 | Accrued professional fees | | $102,208 |
| 40 | Current portion of long-term post-petition debt (due within 12 months) | | |
| 41 | Other: Goodwill | | $0 |
| 42 | | | |
| 43 | | | |
| 44 | **Total Current Liabilities** | | $1,849,934 |
| 45 | **Long-Term Post-Petition Debt, Net of Current Portion** | | |
| 46 | **Total Post-Petition Liabilities** | | $1,849,934 |
| | **Pre-Petition Liabilities (allowed amount)** | | |
| 47 | Secured claims | F | $1,396,889 |
| 48 | Priority unsecured claims | F | $2,286,000 |
| 49 | General unsecured claims | F | $6,646,810 |
| 50 | **Total Pre-Petition Liabilities** | | $10,329,699 |
| 51 | **Total Liabilities** | | $12,179,633 |
| | **Equity (Deficit)** | | |
| 52 | Retained Earnings/(Deficit) at time of filing [4] | | ($8,720,523) |
| 53 | Capital Stock | | $8,500,000 |
| 54 | Additional paid-in capital | | $600,000 |
| 55 | Cumulative profit/(loss) since filing of case | | ($541,963) |
| 56 | Post-petition contributions/(distributions) or (draws) | | |
| 57 | | | |
| 58 | Market value adjustment | | ($9,733,318) |
| 59 | **Total Equity (Deficit)** | | ($9,895,804) |
| 60 | **Total Liabilities and Equity (Deficit)** | | $2,283,829 |

[1] Represents the Debtor's estimate of FMV of the fixed assets.
[2] Represents a $50,000 retainer held by Debtor's counsel (Voight & Boutris LLP)
[3] Represents two-weeks payroll and related taxes as employees are paid one-week in arrears.
[4] Represents estimated R/E balance for the company as of the petition date.

# SCHEDULES TO THE BALANCE SHEET
**(General Business Case)**

## Schedule A
**Accounts Receivable and (Net) Payable**

| Receivables and Payables Agings | Accounts Receivable [Pre and Post Petition] | Accounts Payable [Post Petition] | Past Due Post Petition Debt |
|---|---|---|---|
| 0 -30 Days [1] | $32,509 | $703,796 | |
| 31-60 Days [2] | | $446,924 | |
| 61-90 Days | | | $446,924 |
| 91+ Days | | | |
| Total accounts receivable/payable | $32,509 | $1,150,720 | |
| Allowance for doubtful accounts | | | |
| Accounts receivable (net) | $32,509 | | |

## Schedule B
**Inventory/Cost of Goods Sold**

**Types and Amount of Inventory(ies)**

| | Inventory(ies) Balance at End of Month |
|---|---|
| Retail/Restaurants - | |
| Product for resale | $276,694 |
| Distribution - | |
| Products for resale | |
| Manufacturer - | |
| Raw Materials | |
| Work-in-progress | |
| Finished goods | $189,899 |
| Other - Explain | |
| | |
| TOTAL | $466,593 |

**Cost of Goods Sold**

| | |
|---|---|
| **Inventory Beginning of Month** | $414,544 |
| Add - | |
| Net purchase | $916,585 |
| Direct labor | |
| Manufacturing overhead | |
| Freight in | |
| Other: | |
| | |
| | |
| Less - | |
| Inventory End of Month | $466,593 |
| Shrinkage | |
| Personal Use | |
| Cost of Goods Sold | $864,536 |

**Method of Inventory Control**

Do you have a functioning perpetual inventory system?

Yes ____ No X

How often do you take a complete physical inventory?

| | |
|---|---|
| Weekly | |
| Monthly | X |
| Quarterly | |
| Semi-annually | |
| Annually | |

Date of last physical inventory was 9/1/2012 0:00

Date of next physical inventory is 9/29/2012 0:00

**Inventory Valuation Methods**

Indicate by a checkmark method of inventory used.

Valuation methods -

| | |
|---|---|
| FIFO cost | X |
| LIFO cost | |
| Lower of cost or market | |
| Retail method | |
| Other | |
| Explain | |

[1] Includes $337,315 of rent due to landlords that is captured in the Debtor's A/P system.

[2] Includes $430,416 of rent due to landlords that is captured in the Debtor's A/P system. Approximately $16K in the 31-60 bucket relates to Texas invoices that were subsequently paid.

## Schedule C
## Real Property

| Description | Cost | Market Value |
|---|---|---|
| Fairfield Building | $250,000 | $250,000 |
| 1501 Travis Blvd. Fairfield, CA 94533 | | |
| (Per Schedule A of Company's Bankruptcy Filing) | | |
| Total | $250,000 | $250,000 |

## Schedule D
## Other Depreciable Assets

| Description | Cost | Market Value |
|---|---|---|
| Machinery & Equipment - | | |
| Machinery, Fixtures & Equipment | $300,000 | $300,000 |
| (Per Schedule B of Company's Bankruptcy Filing) | | |
| Total | $300,000 | $300,000 |
| Furniture & Fixtures - | | |
| Total | $0 | $0 |
| Office Equipment - | | |
| Office Equipment, Furnishings & Supplies | $50,000 | $50,000 |
| (Per Schedule B of Company's Bankruptcy Filing) | | |
| Total | $50,000 | $50,000 |
| Leasehold Improvements - | | |
| Total | $0 | $0 |
| Vehicles - | | |
| 6 Trucks, 3 Vans, 7 Automobiles | $161,000 | $161,000 |
| (Per Schedule B of Company's Bankruptcy Filing) | | |
| Total | $161,000 | $161,000 |

**Schedule E**
**Aging of Post-Petition Taxes**
**(As of End of the Current Reporting Period)**

| **Taxes Payable** | **0-30 Days** | **31-60 Days** | **61-90 Days** | **91+ Days** | **Total** |
|---|---|---|---|---|---|
| **Federal** | | | | | |
| Income Tax Withholding | $0 | | | | $0 |
| FICA - Employee | $0 | | | | $0 |
| FICA - Employer | $0 | | | | $0 |
| Unemployment (FUTA) | $0 | | | | $0 |
| Income | $0 | | | | $0 |
| Other (Attach List) | $0 | | | | $0 |
| **Total Federal Taxes** | $0 | $0 | $0 | $0 | $0 |
| **State and Local** | | | | | |
| Income Tax Withholding | $0 | | | | $0 |
| Unemployment (UT) | $0 | | | | $0 |
| Disability Insurance (DI) | $0 | | | | $0 |
| Empl. Training Tax (ETT) | $0 | | | | $0 |
| Sales | $217,546 | | | | $217,546 |
| Excise | | | | | $0 |
| Real property | | | | | $0 |
| Personal property | | | | | $0 |
| Income | | | | | $0 |
| Other (Attach List) | | | | | $0 |
| **Total State & Local Taxes** | $217,546 | $0 | $0 | $0 | $217,546 |
| **Total Taxes** | $217,546 | $0 | $0 | $0 | $217,546 |

**Schedule F**
**Pre-Petition Liabilities**

| **List Total Claims For Each Classification -** | **Claimed Amount** | **Allowed Amount (b)** |
|---|---|---|
| Secured claims (a) | $1,396,889 | $1,396,889 |
| Priority claims other than taxes | $0 | $0 |
| Priority tax claims | $2,286,000 | $2,286,000 |
| General unsecured claims | $6,646,810 | $6,646,810 |

(a) List total amount of claims even it under secured.
(b) Estimated amount of claim to be allowed after compromise or litigation. As an example, you are a defendant in a lawsuit alleging damage of $10,000,000 and a proof of claim is filed in that amount. You believe that you can settle the case for a claim of $3,000,000. For Schedule F reporting purposes you should list $10,000,000 as the Claimed Amount and $3,000,000 as the Allowed Amount.

**Schedule G**
**Rental Income Information**
**Not applicable to General Business Cases**

**Schedule H**
**Recapitulation of Funds Held at End of Month**

| | **Account 1** | **Account 2** | **Account 3** | **Account 4** |
|---|---|---|---|---|
| Bank | | | | |
| Account Type | Depository | Checking | Checking | Checking |
| Account No. | 485-008-739-642 | 485-008-739-655 | 485-008-739-668 | 485-008-734-139 |
| Account Purpose | Concentration | Payroll | A/P | Petty Cash |
| Balance, End of Month | $335,322 | $43,755 | $228,909 | $3,238 |
| Total Funds on Hand for all Accounts [1] | $611,225 | | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

[1] Debtor has a $26,778 unexplained difference between and bank and book balances. See Statement of Cash Receipts and Disbursements.

**Fresh Choice, LLC**
Bank Account Reconciliation

| | |
|---|---|
| Total - Amount per Bank (all accounts) | 611,225 |
| Total - Amount per Books | 584,447 |
| Unexplained Difference [1] | 26,778 |

[1] Debtor was unable to reconcile the beginning cash balance as of the petition date. Debtor was not able to access banking records at the petition date to ensure proper accounting cutoff. Beginning cash balance represents an estimate and agrees to the the amount per the petition; however, it appears that the beginning cash balance is $26,778 less than the amount per the bank.

# STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS

**Increase/(Decrease) in Cash and Cash Equivalents**

**For the Month Ended** 09/02/12

| | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|---|
| | **Cash Receipts** | | |
| 1 | Rent/Leases Collected | $0 | $0 |
| 2 | Cash Received from Sales [1] | $3,208,522 | $3,208,522 |
| 3 | Interest Received | | $0 |
| 4 | Borrowings | | $0 |
| 5 | Funds from Shareholders, Partners, or Other Insiders | | $0 |
| 6 | Capital Contributions | | $0 |
| 7 | Refund of IRS Levies [2] | $329,213 | $329,213 |
| 8 | | | $0 |
| 9 | | | $0 |
| # | | | $0 |
| # | | | $0 |
| # | **Total Cash Receipts** | $3,537,735 | $3,537,735 |
| | **Cash Disbursements** | | |
| # | Payments for Inventory | $1,043,286 | $1,043,286 |
| # | Selling | | $0 |
| # | Administrative | $284,200 | $284,200 |
| # | Capital Expenditures | | $0 |
| # | Principal Payments on Debt | | $0 |
| # | Interest Paid | | $0 |
| | Rent/Lease: | | $0 |
| # | Personal Property | | $0 |
| # | Real Property | $344,002 | $344,002 |
| | Amount Paid to Owner(s)/Officer(s) | | $0 |
| # | Salaries | | $0 |
| # | Draws | | $0 |
| # | Commissions/Royalties | | $0 |
| # | Expense Reimbursements | $10,695 | $10,695 |
| # | Other | | $0 |
| # | Salaries/Commissions (less employee withholding) | $951,955 | $951,955 |
| # | Management Fees | | $0 |
| | Taxes: | | $0 |
| # | Employee Withholding | $145,558 | $145,558 |
| # | Employer Payroll Taxes | $92,059 | $92,059 |
| # | Real Property Taxes | | $0 |
| # | Other Taxes | | $0 |
| # | Other Cash Outflows: | | $0 |
| # | Security Deposits (PG&E) | $129,227 | $129,227 |
| # | Bank Fees | $10,463 | $10,463 |
| # | Texas Franchise Tax | $5,839 | $5,839 |
| # | Other Wires/ACH [3] | $12,022 | $12,022 |
| # | Sales Taxes Remitted to Taxing Authority | $46,039 | $46,039 |
| | Cashiers Checks for Inventory Product | $75,194 | $75,194 |
| # | **Total Cash Disbursements:** | $3,150,539 | $3,150,539 |
| # | **Net Increase (Decrease) in Cash** | $387,195 | $387,195 |
| # | **Cash Balance, Beginning of Period** | $197,252 | $197,252 |
| # | **Cash Balance, End of Period** | $584,447 | $584,447 |

[1] Cash received from sales is shown as gross.
[2] Represents cash payments to the Debtor from the IRS on Aug 3 and Aug 6.
[3] Represents $7,022 in payments to Cryovac and $5,000 to consultants.

Revised 1/1/98