```
                              ᒪᑎ 9:20 A.M
                           RECEIVED
 1  JOHN T. KENDALL             OCT 6 2015
    Trustee                  BANKRUPTCY COURT       FILED
 2  945 Morning Star Dr      OAKLAND, CALIFORNIA
    Sonora, CA 95370                              OCT -2 2015
 3  (209)532-9821                             UNITED STATES BANKRUPTCY COURT
                                                   SAN FRANCISCO, CA
 4

 5           UNITED STATES BANKRUPTCY COURT
             NORTHERN DISTRICT OF CALIFORNIA
 6

 7  IN RE:                    )    CASE NO.  12-46157 RLE
                              )
 8  FRESH CHOICE, LLC         )
                              )    Chapter 7
 9                            )
                              )    NOTICE OF UNCLAIMED
10         Debtor.            )    DIVIDENDS
                              )
11  _____)

12  TO THE CLERK, UNITED STATES BANKRUPTCY COURT

13      Pursuant to Federal Rule of Bankruptcy Procedure 3011, the
    Trustee in the above captioned case hereby turns over to the
14  Court, unclaimed dividends in the amount of $25,302.67.  The
    name(s) and address(es) of the claimants entitled to the
15  unclaimed dividends are as follows:

16  Claim #  Name & Address of Claimant   Claim Amount   Dividend Amount

17         See attached summary

18

19                      Total Unclaimed Dividends $25,302.67

20

21

22  Dated: September 30, 2015       _____
                                    JOHN T. KENDALL, Trustee
23

24

25

26

27
```

# UNCLAIMED AND UNDELIVERABLE CHECKS

CASE NAME: **Fresh Choice, LLC**
CASE NUMBER: 12-46157

| CLAIM# | CHECK # | CREDITOR'S NAME | CLAIM AMOUNT | UNCLAIMED FUNDS |
|---|---|---|---|---|
| 172-1 | 10526 | FreshPoint Dallas Inc<br>C/O Burns Loew<br>1265 Montecito Ave, Ste 107<br>Mountain View, CA 94043 | $2,057.41 | $2,057.41 |
| | 10539 | FR WESTGATE MALL, LLC<br>1600 Saratoga Ave<br>San Jose, CA 95129 | $4,403.47 | $2,151.90 |
| | 10540 | FR WESTGATE MALL, LLC<br>1600 Saratoga Ave<br>San Jose, CA 95129 | $629.07 | $307.42 |
| | 10541 | GKK CUPERTINO<br>10123 N Wolfe Road, Suite 4700<br>Cupertino, CA 95014 | $3,362.80 | $1,643.34 |
| | 10542 | GKK CUPERTINO<br>10123 N Wolfe Road, Suite 4700<br>Cupertino, CA 95014 | $480.40 | $234.76 |
| | 10545 | MASSIE & CO<br>535 Howe Ave<br>Sacramento, CA 95825 | $4,821.13 | $2,356.00 |
| | 10546 | MASSIE & CO<br>535 Howe Ave<br>Sacramento, CA 95825 | $688.73 | $336.57 |
| | 10547 | MILPITAS MILLS<br>Dba SIMON PROPERTY GROUP<br>248 Great Mall Dr<br>Milpitas, CA 95035 | $3,774.40 | $1,844.48 |
| | 10548 | MOITOZO EL CAMINO PROMENADE<br>C/O GARY GILMOR & ASSOC<br>1952 S El Camino Real<br>San Mateo, CA 94403 | $5,820.50 | $2,844.38 |
| | 10549 | MOITOZO EL CAMINO PROMENADE<br>C/O GARY GILMOR & ASSOC<br>1952 S El Camino Real<br>San Mateo, CA 94403 | $831.50 | $406.34 |
| | 10550 | MILPITAS MILLS<br>Dba SIMON PROPERTY GROUP<br>248 Great Mall Dr<br>Milpitas, CA 95035 | $539.20 | $263.50 |
| | 10551 | POWER PLAZA LLC<br>C/O JORDEX MGMT<br>1001 Helen Power Dr<br>Vacaville, CA 95687 | $2,847.60 | $1,391.57 |

| | | | |
|---|---|---|---|
| 10552 | POWER PLAZA LLC<br>C/O JORDEX MGMT<br>1001 Helen Power Dr<br>Vacaville, CA 95687 | $406.80 | $198.80 |
| 10553 | SAN ANTONIO CENTER LLC<br>2540 W el Camino Real<br>Mountain View, CA 94040 | $5,827.97 | $2,848.03 |
| 10554 | SAN ANTONIO CENTER LLC<br>2540 W el Camino Real<br>Mountain View, CA 94040 | $832.57 | $406.86 |
| 10555 | SIERRA CENTER MGMT<br>C/O COMMERCIAL REAL ESTATE SVC<br>4927 Junipero Serra Blvd<br>Colma, CA 94014 | $4,547.43 | $2,222.25 |
| 10556 | SIERRA CENTER MGMT<br>C/O COMMERCIAL REAL ESTATE SVC<br>4927 Junipero Serra Blvd<br>Colma, CA 94014 | $649.63 | $317.46 |
| 10559 | WOODCREEK CORTESE INVESTMENT CO<br>1275 S Main St<br>Walnut Creek, CA 94596 | $6,216.00 | $3,037.65 |
| 10560 | WOODCREEK CORTESE INVESTMENT CO<br>1275 S Main St<br>Walnut Creek, CA 94596 | $888.00 | $433.95 |

**Total unclaimed funds** $25,302.67