JOHN T. KENDALL
Trustee
945 Morning Star Drive
Sonora, CA 95370
(209) 532-9821

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

In re:

FRESH CHOICE, LLC

Tax IDN 42-1687454

    Debtor

Case No. 12-46157 RLE

Chapter 7

*EX PARTE* APPLICATION FOR RETURN OF UNCLAIMED DIVIDEND

TO THE HONORABLE CHIEF JUDGE ROGER L. EFREMSKY, UNITED STATES BANKRUPTCY JUDGE:

    COMES NOW, John T. Kendall, Trustee in the above estate and represents as follows:

    1.    The Trustee previously forwarded funds to the Court, as set forth on Exhibit A: Notice of Unclaimed Dividend, whereby 19 checks totaling $25,302.67 for partial payment of Chapter 7 administrative claims were turned over to the Court, as unclaimed dividend, filed as ECF # 580, on October 2, 2015.

    2.    Since the checks were turned over, the Trustee has discovered that the addresses used for all of the 19 creditors are incorrect; and that the checks were mistakenly sent to the location where the Debtor's business was located, rather than to the address listed on the claims.

    3.    Applicant requests that the Court enter an order authorizing the Clerk of the Court to return the funds to the Trustee in order to allow the Trustee to disburse the funds to the creditors, at the addresses listed on their administrative claims.

WHEREFORE, the Trustee respectfully requests that the Court enter an Order Approving the Application on the terms contained herein.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 3rd day of July, 2016, at Sonora, California.

/s/ John T Kendall
JOHN T. KENDALL, Trustee