RECEIVED LM 9:20 A.M.
OCT 6 2015
BANKRUPTCY COURT
OAKLAND, CALIFORNIA

FILED
OCT -2 2015
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

1  JOHN T. KENDALL
   Trustee
2  945 Morning Star Dr
   Sonora, CA 95370
3  (209)532-9821

4

5           UNITED STATES BANKRUPTCY COURT
            NORTHERN DISTRICT OF CALIFORNIA
6

7  IN RE:                    )   CASE NO.   12-46157 RLE
                             )
8  FRESH CHOICE, LLC         )
                             )   Chapter 7
9                            )
                             )   NOTICE OF UNCLAIMED
10            Debtor.        )   DIVIDENDS
                             )
11 _____ )

12 TO THE CLERK, UNITED STATES BANKRUPTCY COURT

      Pursuant to Federal Rule of Bankruptcy Procedure 3011, the
13 Trustee in the above captioned case hereby turns over to the
   Court, unclaimed dividends in the amount of $25,302.67.  The
14 name(s) and address(es) of the claimants entitled to the
   unclaimed dividends are as follows:
15

16 Claim # Name & Address of Claimant   Claim Amount   Dividend Amount

17         See attached summary

18

19                         Total Unclaimed Dividends $25,302.67

20

21

22 Dated: September 30, 2015         _____
                                     JOHN T. KENDALL, Trustee
23

# UNCLAIMED AND UNDELIVERABLE CHECKS

CASE NAME: **Fresh Choice, LLC**
CASE NUMBER: 12-46157

| CLAIM# | CHECK # | CREDITOR'S NAME | CLAIM AMOUNT | UNCLAIMED FUNDS |
|---|---|---|---|---|
| 172-1 | 10526 | FreshPoint Dallas Inc<br>C/O Burns Loew<br>1265 Montecito Ave, Ste 107<br>Mountain View, CA 94043 | $2,057.41 | $2,057.41 |
| | 10539 | FR WESTGATE MALL, LLC<br>1600 Saratoga Ave<br>San Jose, CA 95129 | $4,403.47 | $2,151.90 |
| | 10540 | FR WESTGATE MALL, LLC<br>1600 Saratoga Ave<br>San Jose, CA 95129 | $629.07 | $307.42 |
| | 10541 | GKK CUPERTINO<br>10123 N Wolfe Road, Suite 4700<br>Cupertino, CA 95014 | $3,362.80 | $1,643.34 |
| | 10542 | GKK CUPERTINO<br>10123 N Wolfe Road, Suite 4700<br>Cupertino, CA 95014 | $480.40 | $234.76 |
| | 10545 | MASSIE & CO<br>535 Howe Ave<br>Sacramento, CA 95825 | $4,821.13 | $2,356.00 |
| | 10546 | MASSIE & CO<br>535 Howe Ave<br>Sacramento, CA 95825 | $688.73 | $336.57 |
| | 10547 | MILPITAS MILLS<br>Dba SIMON PROPERTY GROUP<br>248 Great Mall Dr<br>Milpitas, CA 95035 | $3,774.40 | $1,844.48 |
| | 10548 | MOITOZO EL CAMINO PROMENADE<br>C/O GARY GILMOR & ASSOC<br>1952 S El Camino Real<br>San Mateo, CA 94403 | $5,820.50 | $2,844.38 |
| | 10549 | MOITOZO EL CAMINO PROMENADE<br>C/O GARY GILMOR & ASSOC<br>1952 S El Camino Real<br>San Mateo, CA 94403 | $831.50 | $406.34 |
| | 10550 | MILPITAS MILLS<br>Dba SIMON PROPERTY GROUP<br>248 Great Mall Dr<br>Milpitas, CA 95035 | $539.20 | $263.50 |
| | 10551 | POWER PLAZA LLC<br>C/O JORDEX MGMT<br>1001 Helen Power Dr<br>Vacaville, CA 95687 | $2,847.60 | $1,391.57 |

| | | | |
|---|---|---|---|
| 10552 | POWER PLAZA LLC<br>C/O JORDEX MGMT<br>1001 Helen Power Dr<br>Vacaville, CA 95687 | $406.80 | $198.80 |
| 10553 | SAN ANTONIO CENTER LLC<br>2540 W el Camino Real<br>Mountain View, CA 94040 | $5,827.97 | $2,848.03 |
| 10554 | SAN ANTONIO CENTER LLC<br>2540 W el Camino Real<br>Mountain View, CA 94040 | $832.57 | $406.86 |
| 10555 | SIERRA CENTER MGMT<br>C/O COMMERCIAL REAL ESTATE SVC<br>4927 Junipero Serra Blvd<br>Colma, CA 94014 | $4,547.43 | $2,222.25 |
| 10556 | SIERRA CENTER MGMT<br>C/O COMMERCIAL REAL ESTATE SVC<br>4927 Junipero Serra Blvd<br>Colma, CA 94014 | $649.63 | $317.46 |
| 10559 | WOODCREEK CORTESE INVESTMENT CO<br>1275 S Main St<br>Walnut Creek, CA 94596 | $6,216.00 | $3,037.65 |
| 10560 | WOODCREEK CORTESE INVESTMENT CO<br>1275 S Main St<br>Walnut Creek, CA 94596 | $888.00 | $433.95 |

**Total unclaimed funds**     $25,302.67