

JOHN T. KENDALL
Trustee
945 Morning Star Drive
Sonora, CA 95370
(209) 532-9821

The following constitutes
the order of the court. Signed July 5, 2016

_____
Roger L. Efremsky
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:

FRESH CHOICE, LLC

Tax IDN 42-1687454

    Debtor

Case No. 12-46157 RLE

Chapter 7

ORDER DIRECTING CLERK TO RETURN UNCLAIMED DIVIDEND TO TRUSTEE

The *Ex Parte* Application by John T. Kendall, Trustee in the above estate for an order directing the Clerk of the Court to return to the Trustee the unclaimed dividend comprising 19 checks totaling the amount of $25,302.67 for partial payment of Chapter 7 administrative claims, paid to the Clerk pursuant to the Trustee's NOTICE OF UNCLAIMED DIVIDEND, filed as ECF No. 580, on October 2, 2015 (the "Notice"), has been presented to the Court, adequate notice thereof having been given, and good cause appearing, therefor

IT IS HEREBY ORDERED that the Clerk shall pay to the Trustee the unclaimed dividend reflected in the Trustee's Notice, in the amount set forth therein, or such amount as remains after any unclaimed dividend has already been paid to any of the creditors listed in the Notice

*** END OF ORDER***

COURT SERVICE LIST

No service required